UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. MJ 13-169 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) DETENTION ORDER |
| CHI ANH NGUYEN, | ) |
| | ) |
| Defendant. | ) |
| | ) |

<u>Offense charged</u>:   Bank Fraud; Aggravated Identity Theft

<u>Date of Detention Hearing</u>:   May 22, 2013.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.   Defendant is charged by Complaint with participating in a bank fraud scheme by

DETENTION ORDER
PAGE -1

using identity information stolen during a burglary to obtain access to bank credit accounts and make purchases and obtain cash advances.

2. Defendant was not interviewed by Pretrial Services, so most of his background information is unknown or unverified. His past criminal record includes other financial crimes, violations of probation, and active outstanding warrants from Connecticut, Illinois, and Florida. Defendant is not a U.S. citizen and was subject to a previous order of removal. He was unable to be deported due to his status as a Vietnamese citizen.

3. Defendant poses a risk of nonappearance due to lack of U.S. citizenship, unknown immigration status, a history of probation violations, active warrants, and lack of background information. Defendant poses a risk of danger due to criminal history.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection

DETENTION ORDER
PAGE -2

01        with a court proceeding; and

02   4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel

03       for the defendant, to the United States Marshal, and to the United State Pretrial Services

04       Officer.

05      DATED this <u>22nd</u> day of May, 2013.

_____
Mary Alice Theiler
United States Magistrate Judge